FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 07 MJ 2738 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Gilberto RAMIREZ-Ramos ) | 1324(a)(2)(B)(iii)- |
| AKA: Saul ROMERO-Ramos ) | Bringing in Illegal Alien(s) |
| AKA: Jose Efrain MEDRANO-Ramirez ) | Without Presentation |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **November 23, 2007**, within the Southern District of California, defendant **Gilberto RAMIREZ-Ramos AKA: Saul ROMERO-Ramos AKA: Jose Efrain MEDRANO-Ramirez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Laura Guadalupe MEDINA-Baez, Maria Soledad BAEZ-Lopez, Bernardo MENDOZA-Duque and Manuel PEREZ-Anaya**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF NOVEMBER 2007.

UNITED STATES MAGISTRATE JUDGE

I, United States Customs and Border Protection (CBP) Enforcement Officer Jose Fabian Hernandez, declare under penalty of perjury the following to be true and correct:

The complainant states that **Laura Guadalupe MEDINA-Baez, Maria Soledad BAEZ-Lopez, Bernardo MENDOZA-Duque and Manuel PEREZ-Anaya** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 23, 2007, at approximately 0330 hours, **Gilberto RAMIREZ-Ramos AKA's Saul ROMERO-Ramos and Jose Efrain MEDRANO-Ramirez (Defendant)** made application for admission into the United States from Mexico through vehicle primary lanes at the San Ysidro Port of Entry. Defendant was the driver of a Honda Accord bearing California license plates. Defendant presented an I-551 Resident Alien Card bearing the name Miguel Arseni Garcia Velazquez as proof of his identity to a Customs and Border Protection Officer (CBPO). CBP Officer received two negative customs declarations from Defendant. Upon questioning, Defendant stated he was en-route to his home in National City, California. CBP Officer suspected Defendant was not the rightful owner of the Resident alien Card he presented. CBP Officer decided to refer the vehicle and its occupants to the secondary area for further inspection.

In secondary, four individuals were removed from the trunk of the vehicle and are now identified as Material Witnesses: **Laura Guadalupe MEDINA-Baez (MW1), Maria Soledad BAEZ-Lopez (MW2), Bernardo MENDOZA-Duque (MW3) and Manuel PEREZ-Anaya (MW4)**. All occupants of the vehicle were identified as citizens of Mexico without legal entitlements to enter, pass-through, or reside the United States.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and agreed to submit to questioning without an attorney present. Defendant admitted a man known as "Calixto" provided him with the Resident Alien Card and the vehicle loaded with an unknown number of individuals concealed in its trunk. Defendant stated that "Calixto" was going to waive the smuggling fee of $1,500 (USD) in exchange for driving the car with the concealed aliens. Defendant intended to deliver the vehicle to an unknown location in the United States.

Material Witnesses were interviewed separately and admitted they are citizens of Mexico without documentation to enter the United States. Material Witnesses admitted they made the arrangements with unknown persons for them to be smuggled into the United States for a smuggling fee ranging from $2,000 (USD) to $4,000 (USD). Material Witnesses stated they were en-route to different locations in the United States to seek employment.

EXECUTED ON THIS 23rd DAY OF NOVEMBER 2007 AT 1600 hours

_____
Jose Fabian Hernandez / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on **November 23, 2007** in violation of Title 8, United States Code, Section 1324.

_____  11/24/07  11:28 AM
MAGISTRATE JUDGE                  DATE / TIME