# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. _07 mj 2738_ |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| ) | |
| Gilberto Ramirez-Ramos ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,   ANTHONY J. BATTAGLIA

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Soledad Baez-Lopez

DATED: _12·3·07_

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082