# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Gilberto Ramirez-Ramos ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 07CR3299-JM <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 79995098 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Bernardo Mendoza-Duque

DATED: 12-6-07

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
      Deputy Clerk