UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )       CRIMINAL NO. _O7CR3299-JM_
                             )
                             )          ORDER
        vs.                  )
                             )       RELEASING MATERIAL WITNESS
Gilberto Ramirez-Ramos       )
                             )
                             )       Booking No. _79995098_
        Defendant(s)         )
_____  )

On order of the United States District/Magistrate Judge,    **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

Maria Soledad Baez-Lopez

DATED: _12-6-07_

                                        **NITA L. STORMES**
                                        _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                        OR
              DUSM

                                        W. SAMUEL HAMRICK, JR.  Clerk
                                        by _____
                                                 Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082