UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Gilberto Ramirez-Ramos )<br>)<br>)<br>Defendant(s) )<br>_____) | CRIMINAL NO. 07CR3299-JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 79995098 |

On order of the United States District/<u>Magistrate Judge</u>, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Laura Guadalupe Medina-Baez

DATED: 12-6-07

RECEIVED _____
           DUSM

**NITA L. STORMES**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by /s/ J. Perrault
        Deputy Clerk