1

2

3

4

5

6

7

8 **United States District Court**

9 **For The Southern District Of California**

10 (Hon. Anthony J. Battaglia)

11 UNITED STATES OF AMERICA,          )          Criminal Case No. 07CR3299JM(AJB)
                                     )
12        Plaintiff,                 )          Magistrate Case No. 07mj2738
                                     )
13        v.                         )          **Order Exonerating Material**
                                     )          **Witness Bond**
14 GILBERTO RAMIREZ-RAMOS,           )
                                     )
15        Defendant(s).              )
   _____)

16

17

18                              **Order**

19        **It Is Ordered** the personal surety bond for $5,000 securing the presence of material witness

20 Maria Soledad Baez-Lopez is exonerated, and the Clerk of the District Court shall release the $500

21 bond deposit held in the Registry of the court to the surety:

22                         Jose Mata
                          516 Orilla Walk
23                        Oxnard, CA 92030

24        **IT IS SO ORDERED.**

25 DATED:  January 8, 2008

26                                        _____
                                         Hon. Anthony J. Battaglia
27                                       U.S. Magistrate Judge
                                        United States District Court
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28