**United States District Court**

**For The Southern District Of California**

(Hon. Anthony J. Battaglia)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3299JM(AJB) |
| Plaintiff, | ) | Magistrate Case No. 07mj2738 |
| v. | ) | **Order Exonerating Material Witness Bond** |
| GILBERTO RAMIREZ-RAMOS, | ) | |
| Defendant(s). | ) | |

**Order**

**It Is Ordered** the personal surety bond for $5,000 securing the presence of material witness Laura Guadalupe Medina-Baez is exonerated, and the Clerk of the District Court shall release the $500 bond deposit held in the Registry of the court to the surety:

    Jose Mata
    516 Orilla Walk
    Oxnard, CA 92030

**IT IS SO ORDERED.**

DATED: January 8, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court